**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| American Family Insurance Group, | ) | No. CV09-0360 PHX DGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Milo Bergeson, as Father, Guardian, and best Friend of Christopher Bo Bergeson and Amy Lyn Bergeson, the minor children of Lynn Renee Bergeson, deceased, et al., | ) | |
| Defendants. | ) | |

The Court's deadline for filing dispositive motions was May 17, 2010. Doc. 76 at 2. Plaintiff filed its motion for summary judgment that day. Doc. 88. Defendants filed a cross-motion for partial summary judgment on June 30, 2010. Doc. 95. Plaintiff has moved to strike the cross-motion as untimely, and Defendants have responded. Doc. 98, 100.

The Court will defer ruling on the motion to strike until it considers the motions for summary judgment. Doc. 98. The Court will, however, grant Plaintiff's request to permit a "combined reply/response" on **July 30, 2010**. Doc. 98 at 2. Defendants shall file a reply by **August 9, 2010**.

DATED this 14th day of July, 2010.

David G. Campbell
United States District Judge